**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| CitiCapital Commerical Corporation,<br><br>            Plaintiff,<br>     vs.<br><br>Russell's Iron Worx, et al.<br><br>            Defendants. | No. CV-07-8088-PCT-PGR<br><br>ORDER |

Having reviewed the plaintiff's Motion for Default Judgment (doc. #15), the Court notes that the current record does not support the plaintiff's statement therein that "[t]he Summons and Complaint were duly served upon Defendant Russell's Iron Worx, Inc., an Arizona corporation on the 28th day of January, 2008." While the plaintiff has submitted the United States Marshal Service's Process Receipt and Return (doc. #10), that return of service states only that the "Replevin" process was "personally served" - it does not state the manner in which the defendant corporation was personally served, nor does it specifically state that the summons and complaint were served along with the replevin order. The plaintiff is advised that the Court cannot consider its Motion for Default Judgment until the plaintiff establishes that the defendant corporation was

-1-

properly served. Therefore,

IT IS ORDERED that the plaintiff shall file an amended return of service, or other appropriate evidence of proper service, as to defendant Russell's Iron Worx no later than **May 12, 2008**.[1]

IT IS FURTHER ORDERED that fictitious defendants John and Jane Does 1-10, ABC Partnerships 1-10, Black and White Corporations, and Blue and Green Limited Liability Companies 1-10 are all dismissed from this action without prejudice pursuant to Fed.R.Civ.P. 4(m).

DATED this 15th day of April, 2008.

Paul G. Rosenblatt
United States District Judge

---

[1] The plaintiff is also advised that its capitalization of the parties' names in the caption of any document filed with the Court violates LR 7.1(a)(3).